entered January 24, 1914, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for damages to property of plaintiff occasioned through the collapse of a bridge connecting the towns of Saratoga and Easton.

*Erskine C. Rogers* for appellant.

*Ransom H. Gillett* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.

---

MARGARET WHITE, as Administratrix of the Estate of THOMAS WHITE, Deceased, Appellant, *v.* CITY OF BUFFALO, Respondent.

*White* v. *City of Buffalo*, 160 App. Div. 909, affirmed.
(Argued January 18, 1915; decided February 2, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 26, 1914, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant.

*Layton H. Vogel* and *Clinton B. Gibbs* for appellant.

*William S. Rann, Corporation Counsel (George E. Pierce* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, CUDDEBACK, MILLER and CARDOZO, JJ. Dissenting: WILLARD BARTLETT, Ch. J., HISCOCK and SEABURY, JJ.